UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PASCO, Inc.,

        Plaintiff,

Case No. 05x71018

vs.

HON. GEORGE CARAM STEEH

PDP GROUP, INC., et al.,

        Defendants.

_____/

OPINION AND ORDER OVERRULING NON-PARTIES GMAC AND MIC'S OBJECTIONS TO MAGISTRATE'S ORDER GRANTING IN PART AND DENYING IN PART BOTH PLAINTIFF'S MOTION TO COMPEL ENFORCEMENT OF SUBPOENAS AND NON-PARTIES' MOTION FOR PROTECTIVE ORDER (DOC. # 13)

      This miscellaneous matter, involving a discovery dispute, stems from pending litigation in the Northern District of Ohio captioned PASCO, Inc. v. PDP Group, Inc. et al., in which PASCO complains of misappropriation of PASCO's trade secrets and confidential information.  In that case plaintiff has filed discovery requests on non-parties General Motors Acceptance Corporation ("GMAC") and its subsidiary, MIC (the "non-parties"), with which it asserts the non-parties have not complied.

      The issue before this court on June 9, 2005 concerned a motion filed by PASCO to compel discovery and a motion filed by the non-parties for a protective order, and Magistrate Judge Morgan's April 21, 2005 ruling on those requests, to which the non-parties objected.

      For the reasons given on the record, and as there stated, the court hereby OVERRULES the non-parties' objections to the magistrate's order, and affirms the ruling of Magistrate Morgan; however, this order is without prejudice as to the non-

parties' ability to seek limits on the scope of such discovery, via appropriate request to the presiding judge, magistrate, or other appointed decision maker.

      IT IS SO ORDERED.

                                      S/George Caram Steeh
                                      GEORGE CARAM STEEH
                                      UNITED STATES DISTRICT JUDGE

Dated: June 13, 2005

                         CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 13, 2005, by electronic and/or ordinary mail.

                                      S/Josephine Chaffee
                                      Secretary/Deputy Clerk