UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PASCO, INC.,

       Plaintiff,                     CIVIL ACTION NO. 05 X 71018

    v.                            DISTRICT JUDGE GEORGE CARAM STEEH

PDP GROUP, INC., and                 MAGISTRATE JUDGE VIRGINIA MORGAN
ACCUTEL, INC.,

       Defendants.
_____/

## ORDER DENYING MOTION OF NON-PARTIES GENERAL MOTORS ACCEPTANCE CORPORATION AND MOTORS INSURANCE CORPORATION'S MOTION FOR PROTECTIVE ORDER AND TO QUASH IN RESPECT OF DISCOVERY SUBPOENAS ISSUED BY PLAINTIFF PASCO, INC.

     This matter is before the court on the Motion for Protective Order and to Quash of Non-Parties General Motors Acceptance Corporation and Motors Insurance Corporation in Respect of Discovery Subpoenas Issued by Plaintiff Pasco, Inc., filed February 28, 2006.  Oral argument was held before the magistrate judge on March 29, 2006.  For the reasons stated on the record,

     IT IS ORDERED that the Motion IS DENIED.  The subpoenas at issue have been withdrawn and there are no subpoenas presently pending.  Scope and compliance with first subpoenas and expenses of same are presently pending before a Special Master in the Northern District of Ohio.  No costs to either side.

                                                      s/Virginia M. Morgan
                                                      Virginia M. Morgan
                                                      United States Magistrate Judge

Dated:  March 30, 2006

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PASCO, INC.,

       Plaintiff,                    CIVIL ACTION NO. 05 X 71018

  v.                                  DISTRICT JUDGE GEORGE CARAM STEEH

PDP GROUP, INC., and           MAGISTRATE JUDGE VIRGINIA MORGAN
ACCUTEL, INC.,

       Defendants.
_____/

**PROOF OF SERVICE**

The undersigned certifies that the foregoing order was served upon counsel of record via the Court's

ECF System and/or U. S. Mail on March 30, 2006.

                                                         s/Jennifer Hernandez
                                                         Case Manager to
                                                          Magistrate Judge Virginia M. Morgan